UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROMINA MICHELLE BROWN ET AL** | **CASE NO. 3:20-CV-00599** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE RICHLAND PARISH ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 36] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the instant suit is hereby **DISMISSED**, with prejudice.

Monroe, Louisiana, this 20th day of August 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE